**Reinstated; Motion Granted; and Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed June 20, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00127-CV

---

## IN RE ROBERT M. SPRAGUE, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2005-48988**

---

## MEMORANDUM OPINION

On February 11, 2014, relator Robert M. Sprague filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator complains of a number of pretrial evidentiary

rulings by The Honorable Judy Warne, presiding judge of the 257th District Court of Harris County.

On June 19, 2014, relator filed an agreed motion to dismiss this original proceeding because the parties have settled the underlying case. Relator's requested relief in the petition for writ of mandamus is now moot. The motion is granted.

Accordingly, relator's petition for writ of mandamus is ordered dismissed with prejudice.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher, and Wise.